UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BATTERSHALL,<br><br>                    Plaintiff,<br><br>          v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FOSTER FARMS SHORT AND LONG TERM DISABILITY PLANS,<br><br>                    Defendants. | No. 1:16-cv-01204-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 11) |

On October 4, 2016, the parties filed a joint stipulation dismissing the action without prejudice and with costs and attorneys' fees to be addressed pursuant to the parties' private agreement. (Doc. No. 11.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and with attorneys' fees and costs to be addressed pursuant to the parties' private agreement. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **October 5, 2016**                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE

1